AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Dillon, Elizabeth K. | U.S. District Court, Western District of Virginia | 05/01/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

U.S. District Court, Western District of Virginia
210 Franklin Road, S.W.
Roanoke, Virginia 24011

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President/Immediate Past President | The Ted Dalton American Inn of Court |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dillon, Elizabeth K. | 05/01/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | One Beacon Insurance Group - salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Dillon, Elizabeth K.** | 05/01/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.    Individual Assets (H) | | | | | | | | | |
| 2.    John Hancock Universal Life | C | Interest | L | T | | | | | |
| 3.    US Savings Bonds Series EE | | None | J | T | | | | | |
| 4.    US Savings Bonds Series E | | None | J | T | | | | | |
| 5.    Wells Fargo Cash Accounts (cash) | A | Interest | M | T | | | | | |
| 6.    Brokerage Account #1 (H) | | | | | | | | | |
| 7.    Bank of America NA (cash) | A | Dividend | J | T | | | | | |
| 8.    Advisory Research MLP & Energy Income Fund Cl I (INFIX) (Y) | | | | | | | | | |
| 9.    Cambiar International Equity Fund (CAMYX) | A | Dividend | J | T | | | | | |
| 10.    Cullen Emerging Markets High Div Fd Cl I (CEMFX) | A | Dividend | J | T | | | | | |
| 11.    Eaton Vance National Municipal Opportunities Trust (EOT) | A | Dividend | J | T | | | | | |
| 12.    Federated Strategic Value Dividend IS CL (SVAIX) | B | Dividend | J | T | | | | | |
| 13.    iShares Tr Core Divid Growth (DGRO) | A | Dividend | J | T | | | | | |
| 14.    Nuveen High Yield Municipal Bond FD CL I (NHMRX) | A | Dividend | J | T | | | | | |
| 15.    Oppenheimer International Growth Fund CL Y (OIGYX) | A | Dividend | J | T | | | | | |
| 16.    SPDR Nuveen Bloomberg Barclays (SHM) | A | Dividend | J | T | | | | | |
| 17.    SPDR SSGA Multi-Asset Real Return ETF (RLY) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. SPDR US Dividend Aristocrat ETF (SDY) | A | Dividend | K | T | | | | | |
| 19. T Rowe Price Virginia Tax Free Bond Fund CL None (PRVAX) | A | Dividend | K | T | | | | | |
| 20. Tortoise MLP & Energy (INFIX) (X) | A | Dividend | J | T | | | | | |
| 21. Vaneck Vectors AMT-Free Interm Muni (ITM) | A | Dividend | K | T | | | | | |
| 22. Vanguard Growth ETF (VUG) | A | Dividend | J | T | | | | | |
| 23. Vanguard Dividend Appreciation ETF (VIG) | A | Dividend | K | T | | | | | |
| 24. Brokerage Account #2 (H) | | | | | | | | | |
| 25. Bank of America NA (cash) | A | Interest | K | T | | | | | |
| 26. Advisory Research MLP & Energy Income Fund CL I (INFIX) (Y) | | | | | | | | | |
| 27. Cambiar International Equity Fund Instl Cl (CAMYX) | A | Dividend | K | T | Buy (add'l) | 02/20/19 | J | | |
| 28. Columbia Dividend Income Fund CL Z (GSFTX) | B | Dividend | L | T | | | | | |
| 29. Cullen Emerging Markets High Dividend Fd Cl I (CEMFX) | A | Dividend | K | T | Buy (add'l) | 05/23/19 | J | | |
| 30. Eaton Vance Floating (EIBLX) | A | Dividend | J | T | | | | | |
| 31. Federated Strategic Value Dividend IS CL (SVAIX) | C | Dividend | K | T | | | | | |
| 32. Lord Abbett Short Duration Income Fd Cl F (LDLFX) | A | Dividend | K | T | | | | | |
| 33. Nuveen Santa Barbara Dividend Growth FD CL I (NSBRX) | D | Dividend | L | T | Sold (part) | 05/23/19 | J | A | |
| 34. Oppenheimer International (OIGYX) | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dillon, Elizabeth K. | 05/01/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. PIMCO Income Fund Cl I2 (PONPX) | C | Dividend | K | T | | | | | |
| 36. Pioneer Fundamental Growth Fund CL Y (FUNYX) | B | Dividend | K | T | | | | | |
| 37. TCW Total Return Bond FD CL I (TGLMX) | B | Dividend | K | T | | | | | |
| 38. TIAA CREF Social Choice (TISCX) | B | Dividend | K | T | Sold<br>(part) | 05/23/19 | J | | |
| 39. Tortoise MLP & Energy (INFIX) (X) | A | Dividend | J | T | | | | | |
| 40. Vanguard Growth ETF (VUG) | B | Dividend | K | T | Sold<br>(part) | 05/23/19 | J | A | |
| 41. Brokerage Account #3 (H) | | | | | | | | | |
| 42. Bank of America NA (cash) | A | Interest | K | T | | | | | |
| 43. Advisory Research MLP & Energy Inc Fd I (INFIX) (Y) | | | | | | | | | |
| 44. Cambiar International Equity Fund Instl Cl (CAMYX) | A | Dividend | J | T | Buy<br>(add'l) | 01/11/19 | J | | |
| 45. | | | | | Buy<br>(add'l) | 05/22/19 | J | | |
| 46. Columbia Dividend Income Fund Z (GSFTX) | B | Dividend | L | T | Sold<br>(part) | 05/22/19 | J | A | |
| 47. Cullen Emerging Markets High Dividend Fd Cl I (CEMFX) | A | Dividend | J | T | Buy<br>(add'l) | 05/22/19 | J | | |
| 48. Eaton Vance Floating Rate Fund CL I (EIBLX) | A | Dividend | J | T | | | | | |
| 49. Federated Strategic Value Div IS (SVAIX) | C | Dividend | K | T | | | | | |
| 50. Lord Abbett Short Duration Income Fd Cl F (LDLFX) | A | Dividend | J | T | | | | | |
| 51. Nuveen Santa Barbara Div Gr Fd I (NSBRX) | C | Dividend | K | T | Sold<br>(part) | 05/22/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Dillon, Elizabeth K.** | 05/01/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Oppenheimer International Growth Fund CL I (OIGYX) | A | Dividend | K | T | Buy (add'l) | 01/11/19 | J | | |
| 53. | | | | | Buy (add'l) | 05/22/19 | J | | |
| 54. PIMCO Income Fund Cl I2 (PONPX) | B | Dividend | K | T | Buy (add'l) | 05/22/19 | J | | |
| 55. Pioneer Fundamental Growth Fund CL Y (FUNYX) | B | Dividend | K | T | | | | | |
| 56. TCW Total Return Bond FD CL I (TGLMX) | B | Dividend | K | T | | | | | |
| 57. TIAA CREF Social Choice (TISCX) | A | Dividend | K | T | | | | | |
| 58. Tortoise MLP & Energy (INFIX) (X) | A | Dividend | J | T | | | | | |
| 59. Vanguard Growth ETF (VUG) | A | Dividend | J | T | Sold (part) | 05/22/19 | J | A | |
| 60. Brokerage Account #4 (H) | | | | | | | | | |
| 61. Bank of America (cash) (X) | A | Interest | J | T | | | | | |
| 62. 401(k) #1 (H) | | | | | | | | | |
| 63. Vanguard Target Retirement 2025 | | None | O | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dillon, Elizabeth K. | 05/01/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Elizabeth K. Dillon**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544